United States District Court
Southern District of Texas
**ENTERED**
April 15, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| SIDNEY WILSON, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 5:21-CV-117 |
| § | |
| HOUSTON-NASA (RUSSIAN § | |
| SCIENTIST) JOHN DOE, POLICE § | |
| AFFILIATES, et al. § | |
| § | |
| Defendants. § | |

# ADVISORY

On December 6, 2021, the United States Magistrate Judge issued a Report and Recommendation (the "Report") (Dkt. No. 5), which recommended the following: (1) Plaintiff's complaint (Dkt. No. 1) should be dismissed as frivolous and (2) Plaintiff's application to proceed *in forma pauperis* (Dkt. No. 2) should be denied as moot. Although more than four months have passed since the Report was issued, Plaintiff has yet to file objections to the Report.[1]

Having reviewed the Report and finding no plain error, the Court hereby **ADOPTS** the Report (Dkt. No. 5) as the findings and conclusions of the Court. Accordingly, this civil action is **DISMISSED WITHOUT PREJUDICE**. All relief not previously granted, including Plaintiff's application to proceed *in forma pauperis* (Dkt. No. 2), is hereby **DENIED**.

---

[1] Although the Report was mailed to Plaintiff's address on file, it was returned as undeliverable (Dkt. Nos. 6, 7). A "pro se litigant is responsible for keeping the clerk advised in writing of the current address." S.D. Tex. LR 83.4.

The Clerk of Court is **DIRECTED** to **CLOSE** this case.

It is so **ORDERED**.

**SIGNED** April 14, 2022.

                                                Marina Garcia Marmolejo
                                                United States District Judge